AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

DANIEL R HALLER
*Plaintiff*

v.

US DEPT of HOUSING + URBAN DEVELOPMENT, ET AL
*Defendant*

Civil Action No. 1:11CV881

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

JAY MEMMOTT
IBM
10330 DAVID TAYLOR DR
CHARLOTTE NC 28262-2334

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

DANIEL R HALLER
4221 SULLIVAN AVE
CINTI OH 45217

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**James Bonini, Clerk**

*CLERK OF COURT*

Date: 1/12/2012

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

DANIEL R HALLER
*Plaintiff*

US DEPT of HOUSING & URBAN DEVELOPMENT, ET AL.
*Defendant*

Civil Action No. 1:11CV881

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
KAREN B POLLOCK
IBM
10330 DAVID TAYLOR DR
CHARLOTTE NC 28262-2334

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

DANIEL R HALLER
4221 SULLIVAN AVE
CINTI OH 45217

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**James Bonini, Clerk**
*CLERK OF COURT*

Date: 1/12/2012

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Daniel R Haller
_____
Plaintiff

v.

US Dept of Housing & Urban Development, et al
_____
Defendant

)
)
)
)
)
)
)
)

Civil Action No. **1:11CV881**

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Afzal Assur
~~851~~
10330 David Taylor Drive
Charlotte, NC
28262-2334

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Daniel R Haller
4221 Sullivan Ave
Cincinnati Ohio 45217

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**James Bonini, Clerk**

CLERK OF COURT

Date: 1/12/2012

_____
*Signature of Clerk or Deputy Clerk*