UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION


Daniel R. Haller,
    Plaintiff

v.                                    Case No.  1:11-cv-881

U.S. Department of House
& Urban Development, et al.,
    Defendants

# ORDER

This matter is before the Court on the Magistrate Judge's Report and Recommendation filed July 10, 2012 (Doc. 74).

Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner. See United States v. Walters, 638 F.2d 947 (6th Cir. 1981). As of the date of this Order, no objections to the Magistrate Judge's Report and Recommendation have been filed.

Having reviewed this matter de novo pursuant to 28 U.S.C. § 636, we find the Magistrate Judge's Report and Recommendation correct.

Accordingly, it is **ORDERED** that the Report and Recommendation of the Magistrate Judge is hereby **ADOPTED**. The motions to dismiss filed by defendants Securities Investor Protection Corp., Lerner Sampson & Rothfuss, North American Securities Administrators Association, Jack Herstein and Steven Irwin, the State of Ohio and Ohio Attorney General Mike DeWine, JPMorgan Chase & Co., Ohio Housing Financing Agency, MERSCORP, Inc., Federal National Mortgage Association Corporation and IBM/LBPS-Seterus, and First Horizon Home Loans are **GRANTED**.

Date: August 3, 2012                    s/Sandra S. Beckwith
                                        Sandra S. Beckwith, Senior Judge
                                        United States District Court