UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

DANIEL R. HALLER,
    Plaintiff,

Case No. 1:11-cv-881
Beckwith, J.
Litkovitz, M.J.

vs.

U.S. DEPARTMENT OF HOUSING &
URBAN DEVELOPMENT, et al.,
    Defendants.

**ORDER**

This matter is before the Court upon defendants Merscorp, Inc., Federal National Mortgage Association, and IBM/LBPS-Seterus' motion to strike two pleadings filed by plaintiff on November 18, 2013: (1) a notice of "Lis Pendens/Certification of Pending Litigation" (Doc. 88), and (2) an "Advisory Motion/Motion to Act as Filed." (Doc. 92). In an order dated November 25, 2013 (Doc. 90), the district judge construed plaintiff's "Motion to Act as Filed" as objections to the undersigned's November 12, 2013 Report and Recommendation (Doc. 85), which recommended that plaintiff's motion for a restraining order be denied. The district judge determined that plaintiff's objections were not well-taken and denied the motion for a restraining order. Accordingly, defendants' motion to strike (1) plaintiff's notice, which relates to the restraining order plaintiff sought, and (2) plaintiff's Motion to Act as Filed, is **DENIED** as moot.

    **IT IS SO ORDERED**.

Date: 1/6/14

Karen L. Litkovitz
United States Magistrate Judge